*C. Clerk*

# United States Court of Appeals

DOCKETED

For the Seventh Circuit
Chicago, Illinois 60604

*FILED* SEP 1 7 2003

Submitted September 5, 2003
Decided September 12, 2003

SEP 1 6 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Before

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

No. 03-2736

| | |
|---|---|
| ALLEN CAFFEY,<br>  *Petitioner-Appellant,*<br><br>  *v.*<br><br>KENNETH R. BRILEY,<br>  *Respondent-Appellee.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br><br>No. 01 C 9268<br><br>Amy J. St. Eve,<br>*Judge.* |

### O R D E R

Allen Caffey has filed a notice of appeal from the denial of his petition under 28 U.S.C. § 2254, which we construe as an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is DENIED. Caffey's motion to proceed in forma pauperis is DENIED.

